UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-22 RM |
| ) | |
| LUIS TREVINO (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on May 22, 2014. Accordingly, the court ADOPTS those findings and recommendations [docket # 36], ACCEPTS defendant Luis Trevino's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: June 12, 2014

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana